# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SCOTT DUPREE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | Case No. 4:14CV711 |
| | § | Judge Mazzant/Judge Bush |
| | § | |
| SELECT PORTFOLIO | § | |
| SERVICING, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 4, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's request to dismiss this case (Dkt. #13) should be GRANTED and that Plaintiff's claims should be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Plaintiff's request to dismiss this case (Dkt. #13) is GRANTED, and Plaintiff's claims are dismissed without prejudice.

This matter is closed on the court's docket, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this 14th day of July, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE